# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 97-30947

In the Matter of:  HORACE E. WILSON;
ALYNE DALE WILSON,

Debtors.

HORACE E. WILSON; ALYNE DALE WILSON,

Appellants,

versus

BRENT BRYAN; JENNIFER BRYAN BARBER,

Appellees.

Appeal from the United States District Court
For the Eastern District of Louisiana

July 21, 1999

Before POLITZ, EMILIO M. GARZA, and STEWART, Circuit Judges.

PER CURIAM:

In response to a question we certified, the Louisiana Supreme Court has definitively ruled that dairy cattle are not exempt from seizure as tools or instruments of a dairy farmer's trade under Louisiana R.S. 13:3881(A)(2).  Accordingly, the judgment appealed herein is AFFIRMED.